IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| OLIVER BATTLE, JR. #515410 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-05-465 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, CORRECTIONS | § | |
| INSTITUTIONS DIVISION | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the Application for Writ of Habeas

Corpus of Oliver Battle, Jr. is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 2nd day of November, 2005.

_____
Samuel B. Kent
United States District Judge